UNITED SATES BANKRUPTCY COURT
NORTH DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:                                                                                            Case No. A03-76117-JB

JOHN PAUL BARNARD         CHRISTY HAMPTON BARNARD
123 BELAIR TRAIL
STOCKBRIDGE, GA 30281


SSN#1: XXX-XX-1927         SSN#2: XXX-XX-4758

## FINAL REPORT AND ACCOUNT

Case Filed On: 11/21/2003    Plan Confirmed Date: 01/27/2004    Case concluded on: 10/06/2008

THIS CASE IS PAID IN FULL.
Mary Ida Townson has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.
Copies of these detailed records are incorporated by reference in this report.

DIVIDENDS TO UNSECURED CREDITORS.... 100.00 %

RECEIPTS: $79,295.75
Amount paid to the Trustee by or for the Debtor for the benefit of creditors.

| DISBURSEMENTS TO CREDITORS: | | CLAIM AMOUNT | PRIN PAID | INT PAID | TOTAL PAID BY TRUSTEE | PAID DIRECT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| AMERICAN GENERAL FINANCE, INC. | S | $3,421.05 | $3,421.05 | $1,586.52 | $5,007.57 | $0.00 | $0.00 |
| AMERICAN HONDA FINANCE CORP. | U | $7,779.35 | $0.00 | $0.00 | $0.00 | $7,779.35 | $0.00 |
| CITIFINANCIAL | U | $1,702.17 | $1,702.17 | $0.00 | $1,702.17 | $0.00 | $0.00 |
| eCAST SETTLEMENT CORPORATION | U | $2,130.98 | $2,130.98 | $0.00 | $2,130.98 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | U | $668.83 | $668.83 | $0.00 | $668.83 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | U | $2,954.28 | $2,954.28 | $0.00 | $2,954.28 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | U | $735.47 | $735.47 | $0.00 | $735.47 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | U | $1,690.83 | $1,690.83 | $0.00 | $1,690.83 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | U | $7,153.19 | $7,153.19 | $0.00 | $7,153.19 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORPORATION | U | $5,494.83 | $5,494.83 | $0.00 | $5,494.83 | $0.00 | $0.00 |
| FIRST NORTH AMERICAN NATL BANK | S | $714.68 | $714.68 | $374.08 | $1,088.76 | $0.00 | $0.00 |
| FIRST NORTH AMERICAN NATL BANK | U | $2,354.45 | $2,354.45 | $0.00 | $2,354.45 | $0.00 | $0.00 |
| FORD MOTOR CREDIT CO. | S | $31,039.79 | $31,039.79 | $451.72 | $31,491.51 | $0.00 | $0.00 |
| HONDA FINANCE | S | $3,790.00 | $3,790.00 | $523.29 | $4,313.29 | $0.00 | $0.00 |
| HONDA FINANCE | U | $2,334.28 | $2,334.28 | $0.00 | $2,334.28 | $0.00 | $0.00 |
| IRWIN HOME EQUITY | S | $646.81 | $646.81 | $0.00 | $646.81 | $0.00 | $0.00 |
| SCHEDULED CREDITOR | U | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SCHEDULED CREDITOR | U | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Home Mortgage | S | $800.00 | $800.00 | $0.00 | $800.00 | $0.00 | $0.00 |
| Wells Fargo Home Mortgage | S | $1,130.61 | $1,130.61 | $0.00 | $1,130.61 | $0.00 | $0.00 |
| Wells Fargo Home Mortgage | S | $800.00 | $800.00 | $0.00 | $800.00 | $0.00 | $0.00 |
| WORLD FINANCIAL NETWORK | U | $121.72 | $121.72 | $0.00 | $121.72 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL U/S | DEBTOR REFUND | TOTAL |
|---|---|---|---|---|---|
| Amt Allowed | $42,342.94 | $0.00 | $35,120.38 | $657.45 | $78,120.77 |
| Principal Paid | $42,342.94 | $0.00 | $27,341.03 | $657.45 | $70,341.42 |
| Interest Paid | $2,935.61 | $0.00 | $0.00 | | $2,935.61 |
| Direct Paid | $0.00 | $394.00 | $7,779.35 | | $8,173.35 |

TOTAL PAID PLUS PAID DIRECT  $81,450.38

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| Filing Expense | Noticing Expense | Trustee Expense |
|---|---|---|
| $0.00 | $0.00 | $3,718.72 |

OTHER DISBURSEMENTS UNDER ORDER OF THE COURT:

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| CLARK & WASHINGTON | $2,300.00 | $2,300.00 |

WHEREFORE, Mary Ida Townson respectfully shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

Dated: 11/24/2008

/s/
Mary Ida Townson, Chapter 13 Trustee
State Bar No. 715063